### BRUNNINGS v. BITTNER.

(Supreme Court, Appellate Term. May 24, 1899.)

PROCEEDING AGAINST TENANT—PLEADING AND EVIDENCE.
    Order for petitioner in proceeding against a tenant cannot be sustained, all the material allegations of the petition being denied in the answer, and no evidence appearing in the record to support the allegation of the petition and the determination of the justice.

Appeal from municipal court, borough of the Bronx, Second district.

Proceeding by Julius Brunnings against Fred J. Bittner, a tenant. From a final order for petitioner, the tenant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

B. J. Kelly, for appellant.
Henry K. Davis, for respondent.

MacLEAN, J.   All the material allegations in the petition being denied in the answer, and no evidence appearing in the record to support the allegations in the petition and the determination of the justice, the order must be reversed.

Order reversed, and new trial granted, with costs to the appellant to abide the event.   All concur.